USCA1 Opinion

 

 [NOT FOR PUBLICATION--NOT TO BE CITED AS PRECEDENT]
 United States Court of Appeals
 For the First Circuit

No. 98-1296

 UNITED STATES,

 Appellee,

 v.

 ENRIQUE ANASTASIO-NAVARRO,

 Defendant, Appellant.

 APPEAL FROM THE UNITED STATES DISTRICT COURT

 FOR THE DISTRICT OF RHODE ISLAND

 [Hon. Mary M. Lisi, U.S. District Judge]

 Before

 Stahl, Circuit Judge,
 Coffin, Senior Circuit Judge,
 and Lipez, Circuit Judge.
 
 

 Michael A. Tucker on brief for appellant.
 Margaret E. Curran, United States Attorney and Zechariah
Chafee, Assistant United States Attorney, on brief for appellee.

October 19, 1998

 
 

 Per Curiam. Upon careful consideration of the briefs
 and record, we find no issue for our review.
 1. Defendant did not ask the district court for
 downward departures on the grounds that he now proposes. 
 Defendant thus waived for appeal the issue whether the district
 court erred in denying departures on those grounds. In any
 event, the denial of such departures would be within the
 district court's discretion, and we do not have jurisdiction to
 review such an exercise of discretion. See United States v.
 Pierro, 32 F.3d 611, 619 (1st Cir. 1994). There is no
 reasonable basis for defendant's assertion that the district
 court misunderstood its authority to depart, and there is no
 question of law in that regard to be reviewed here.
 2. Defendant's claim of ineffective assistance of
 counsel will not be reviewed on direct appeal. See United
 States v. Martinez-Martinez, 69 F.3d 1215, 1225 (1st Cir.
 1995). If defendant believes that he has a viable claim in
 that regard, he may raise it in proceedings under 28 U.S.C. 
 2255.
 Affirmed. See 1st Cir. Loc. R. 27.1.